ACCEPTED
04-15-00077-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 8:39:51 AM
KEITH HOTTLE
CLERK

FILED

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/13/2015 8:39:51 AM
KEITH E. HOTTLE
Clerk

2015 FEB 11 PM 3: 43

## CAUSE NO. CV-14-0000018

| | | |
|---|---|---|
| GEORGE ALLAN SMITH, Independent Executor of the Estate of Lyda Catherine Smith, Deceased | § § § § | IN THE 198th DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § | IN AND FOR |
| | § § | |
| HARRY OLIVER WINKENHOWER | § § | |
| Defendant | § | BANDERA COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

### I.

Defendant, HARRY OLIVER WINKENHOWER, desires to appeal from the Decree of Partition dated January 27, 2015 signed by the Honorable M. Rex Emerson, Judge, 198th District Court, and the Summary Judgment Order dated October 6, 2014 signed by the Honorable Rex Emerson (attached).

### II.

Defendant appeals to the Fourth Court of Appeals sitting in San Antonio, Texas.

Respectfully submitted,

Cynthia Cox Payne
State Bar No. 24001935
P.O. Box 1178
1118 Main Street
Bandera, TX 78003
(830) 796.7030 – Phone
(830) 796.7945 – Fax
cpayne@paynelawfirm.net

---

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/Dan Pozza
State Bar No. 16224800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant's Notice of Appeal* was forwarded via e-mail transmission, on the 11th day of February, 2015, to:

Brent Hamilton
1602 13th Street
Lubbock, TX 78401
brent@bhlawgroup.com

*Attorney for George Allan Smith,*
*Independent Executor of the Estate of*
*Lyda Catherine Smith, Deceased*


/s/Dan Pozza

| GEORGE ALLAN SMITH, Independent | § | IN THE 198th DISTRICT COURT |
|---|---|---|
| Executor of the Estate of Lyda Catherine | § | |
| Smith, Deceased | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | IN AND FOR |
| | § | |
| HARRY OLIVER WINKENHOWER | § | |
| Defendant. | § | BANDERA COUNTY, TEXAS |

## DECREE OF PARTITION

On January 22, 2015, the above cause came on for hearing before this court. Plaintiff and Defendant appeared through their counsel of record. The court, after consideration of Plaintiff and Defendant's Pleadings, the evidence, and the arguments and authorities of counsel, finds as follows:

1. The real property at issue in this action is described as

198.85 acres, more or less, out of the J.M. Ainsworth Survey No. 3252/10, Abstract 1155, the Maria D. Oliver Survey No. 323, Abstract 289, and the J.M. Sell Survey No. 322, Abstract 346, and being part of a 226.2 acre tract more particularly described in the certain deed dated September 30, 1959, from Charles B. Loftin to H. O. Winkenhower, recorded in Volume 107, Page 76, of the Deed Records of Bandera County, Texas (hereinafter the "Property")

2. Plaintiff and Defendant, are the sole owners of the Property and each own equal undivided interest in the Property and all improvements thereon.

3. Plaintiff is legally entitled to a partition of the property.

4. The whole of the Property is susceptible to a partition in-kind between Plaintiff and Defendant.

5. Three disinterested and competent Commissioners should be appointed.

6.     The Commissioners shall divide the property into two shares, each share containing one or more tracts, as the commissioners may think proper, having due regard in the division to the situation, quantity and advantages of each share, so that the shares may be equal in value, as nearly as may be. The Commissioners shall then proceed by lot to set aside a share to each Plaintiff and Defendant.

7.     The Commissioners should rely upon this Decree and Findings of Fact and Conclusions of Law if such are entered by this court. Further, the Commissioners may, when necessary, provide the court with written questions or requests for documents to be answered by the court after consultation with the parties.

8.     The court finds that it is necessary to appoint a surveyor to act at the direction of the Commissioners, to cause to be made a survey of the respective shares.

9.     In the event of a dispute between the Commissioners, a majority of them will control.

10.  When the commissioners have completed the partition, they shall report the same in writing and under oath to the court, which report shall show:

(a) The property divided, describing the same.

(b) The several tracts or parcels into which the same was divided by them, describing each particularly.

(c) The land which constitutes each share, and the estimated value of each share.

(d) The allotment of each share.

(e) The report shall be accompanied by such field notes and maps as may be necessary to make the same intelligible.

(f) The Commissioners shall keep track of the time, expenses and billings incurred in the performing of their duties, and shall include this information in the report to be provided to the court.

(g) The clerk shall immediately mail written notice of the filing of the report to all parties.

THEREFORE, IT IS ORDERED AND DECREED that the real property described above be partitioned between the parties so that the value of the parcels allotted to each party reflects that party's interest as set forth above.

IT IS FURTHER ORDERED that:

| Name | Address | Telephone |
|---|---|---|
| Pat Boyle | | 830-460-7777 |

| Name | Address | Telephone |
|---|---|---|
| Richard Keese | | 830-589-2384 |

| Name | Address | Telephone |
|---|---|---|
| Bob Moran | | 830-896-3433 |

are appointed as commissioners in this case, as competent and disinterested persons, to make the partition in accordance with the decree, the law and the findings above. The Commissioners are ordered to report in writing and under oath to this court no later than the 60th day after the last commissioner is served with the Writ of Partition.

IT IS FURTHER ORDERED that the clerk of this court issue a Writ of Partition, directed to the Sheriff or any constable of Bandera, Texas, commanding the Sheriff or constable to notify the commissioners named above of their appointment. The clerk will accompany the writ with a certified copy of this decree.

IT IS FURTHER ORDERED that:

Name                          Address                 Telephone
_Voelkel Land Surveying_   _218 Clay St Kerrville, Tx_  _830·257-3343_
is appointed as a surveyor to, act at the direction of the Commissioners, to cause to be made a survey of the respective shares.

IT IS FURTHER ORDERED that the reasonable and necessary costs and fees incurred in accomplishing the partition shall be paid by and divided between Plaintiff and Defendant equally.

IT IS FURTHER ORDERED that all relief requested by the parties not expressly Ordered herein is DENIED.

Dated: _January 27, 2015_

M. Rex Emerson
Bandera County District Judge, 198th Judicial District

FILED

2015 JAN 29 PM 1:42

TAMMY KNEUPER, DIST. CLERK
BANDERA COUNTY, TEXAS
BY: _____ DEPUTY

Entered on _____

Tammy Kneuper
Clerk of the Court

CC: Hamilton
    Payne
    Pozza

CAUSE NO. CV-14-0000018; DECREE OF PARTITION
PAGE 4 OF 4

CAUSE NO. CV-14-0000018

| | | |
|---|---|---|
| GEORGE ALLAN SMITH, Independent Executor of the Estate of Lyda Catherine Smith, Deceased | § § § | IN THE 198th DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § § | IN AND FOR |
| HARRY OLIVER WINKENHOWER | § § | |
| Defendant. | § | BANDERA COUNTY, TEXAS |

### ORDER ON PLAINTIFF'S TRADITIONAL AND NO EVIDENCE MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS

On August 29, 2014, the Court heard oral argument regarding Plaintiff's Traditional and No Evidence Motion for Summary Judgment on Defendant's Counterclaims in the above styled and numbered cause. The Court, after consideration of the merits and the arguments and authorities of counsel, GRANTS the Plaintiff's Motion for Summary Judgment as to all of the Defendant's counterclaims of PARTIAL PERFORMANCE, FRAUD, and QUASI ESTOPPEL.

SIGNED this _6_ day of _October_, 2014.

_____
JUDGE PRESIDING

C. Payne 830.796.7945
B. Hamilton 806.791.3750